RECEIVED
2011 FEB -3 A 11: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J. OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON WEBER, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

GOOGLE INC., a Delaware Corporation

Defendant.

CASE NO. CV 10-5035-HRL

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

David A. Stampley, whose business address and telephone number is
100 Wall Street, 23rd Floor
New York, NY 10005
(212) 920-3072

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Jason Weber

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 4, 2011

_____
LUCY H. KOH
United States District Judge