RECEIVED

2011 FEB -3 A 11: 14

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON WEBER, individually and on behalf of a class of similarly situated individuals,

    Plaintiff,

v.

GOOGLE INC., a Delaware Corporation

    Defendant.

CASE NO. CV 10-5035-HRL

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Scott A. Kamber
100 Wall Street, 23rd Floor
New York, NY 10005
(212) 920-3072
, whose business address and telephone number is

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Jason Weber

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 4, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge