United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON WEBER, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>　　　　　　　　Defendant. | Case No.: 10-CV-05035-LHK<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY DEADLINES |

17　　　　Having considered Plaintiff's Stipulated Request for an Order Changing Time, and for good

18 cause shown, the Court GRANTS the stipulated request to enlarge the deadline for Plaintiff to file

19 an amended complaint and for the parties to brief a renewed motion to dismiss.  Because the parties

20 have agreed to allow Plaintiff to file a First Amended Complaint, Defendant's Motion to Dismiss

21 Plaintiff's Complaint is hereby DENIED without prejudice.  Defendant may file a renewed motion

22 to dismiss Plaintiff's First Amended Complaint, pursuant to the following schedule:

　　(1) Plaintiff shall file an amended complaint on or before March 16, 2011;

　　(2) Defendant shall answer or file a motion to dismiss on or before April 15, 2011;

　　(3) Plaintiff shall respond to any motion to dismiss on or before May 16, 2011;

　　(4) Defendant shall file any reply on or before May 30, 2011;

　　(5) The motion to dismiss Plaintiff's amended complaint shall be heard June 23, 2011, to be

　　　　followed by a Case Management Conference.

1

Case No.: 10-CV-05035-LHK
ORDER GRANTING STIPULATED REQUEST TO MODIFY DEADLINES

1   The Case Management Conference currently scheduled for April 7, 2011, is HEREBY
2   VACATED.
3   **IT IS SO ORDERED.**
4   Dated: March 4, 2011

_____
LUCY H. KOH
United States District Judge