1   Scott A. Kamber (admitted *pro hac vice*)
    skamber@kamberlaw.com
2   David A. Stampley (admitted *pro hac vice*)
    dstampley@kamberlaw.com
3   KamberLaw, LLC
    100 Wall Street, 23rd Floor
4   New York, New York 10005
    Telephone: (212) 920-3072
5   Facsimile: (212) 920-3081

6   Avi Kreitenberg (SBN 266571)
    akreitenberg@kamberlaw.com
7   KamberLaw, LLP
    1180 South Beverly Drive, Suite 601
8   Los Angeles, California 90035
    Telephone: (310) 400-1050
9   Facsimile: (310) 277-0635

10  Attorneys for Plaintiff

IT IS SO ORDERED
AS MODIFIED

Judge Edward J. Davila

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                   **SAN JOSE DIVISION**

14  JASON WEBER, individually and on behalf       Case No.: 5:10-cv-05035-EJD
    of a class of similarly situated individuals,
15                                                 [PROPOSED] **ORDER GRANTING**
                                                   **PLAINTIFF'S STIPULATED REQUEST**
16               Plaintiff,                        **FOR  ORDER CHANGING TIME**

17  v.

18  GOOGLE INC., a Delaware Corporation,

19               Defendant.

20

21

22

23

24

25

26

27

28

Order Changing Time                1              Case No.: 5:10-cv-05035-EJD

1    Having considered Plaintiffs' Stipulated Request for an Order Changing Time, and for

2    good cause shown,

3        **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that Plaintiff shall file

4    his opposition to Defendant's Motion to Dismiss on or before August 26, 2011, Defendant shall

5    reply to Plaintiff's opposition to its Motion to Dismiss on or before September 16, 2011.  The

6    hearing on Defendant's Motion to Dismiss and the Case Management Conference shall be

7    moved to October  14, 2011 at 9:00 a.m. and 10:00 a.m. respectively in Courtroom 1, 5th Floor.

8        **PURSUANT TO STIPULATION, SO ORDERED,**

9    Dated: July 25, 2011

10   Joint Case Management Statement

     due on or before October 7, 2011.

     _____

     EDWARD J. DAVILA

     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Changing Time                 2               Case No.: 5:10-cv-05035-EJD