1  Scott A. Kamber (admitted *pro hac vice*)
   skamber@kamberlaw.com
2  David A. Stampley (admitted *pro hac vice*)
   dstampley@kamberlaw.com
3  KamberLaw, LLC
   100 Wall Street, 23rd Floor
4  New York, New York 10005
   Telephone: (212) 920-3072
5  Facsimile:  (212) 920-3081

6  Avi Kreitenberg (SBN 266571)
   akreitenberg@kamberlaw.com
7  KamberLaw, LLP
   1180 South Beverly Drive, Suite 601
8  Los Angeles, California 90035
   Telephone: (310) 400-1050
9  Facsimile:  (310) 277-0635

10 Attorneys for Plaintiff

11                **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                     **SAN JOSE DIVISION**

14 JASON WEBER, individually and on behalf        Case No.: 5:10-cv-05035-EJD
   of a class of similarly situated individuals,
15                                                 [~~PROPOSED~~] **ORDER GRANTING**
                         Plaintiff,                **PLAINTIFF'S STIPULATED REQUEST**
16                                                 **FOR  ORDER CHANGING TIME**
   v.
17
   GOOGLE INC., a Delaware Corporation,
18
                         Defendant.
19

20

21

22

23

24

25

26

27

28

Order Changing Time                    1              Case No.: 5:10-cv-05035-EJD

1    Having considered Plaintiffs' Stipulated Request for an Order Changing Time, and for

2  good cause shown,

3    **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that Plaintiff shall file

4  his opposition to Defendant's Motion to Dismiss on or before October 7, 2011, Defendant shall

5  reply to Plaintiff's opposition to its Motion to Dismiss on or before October 28, 2011.  The

6  hearing on Defendant's Motion to Dismiss and the Case Management Conference shall be

7  moved to December 2, 2011 at 9:00 AM and 10:00 AM respectively. The briefing schedule
   remains unchanged.

8    **PURSUANT TO STIPULATION, SO ORDERED,**

9  Dated: September 1, 2011

10                                      EDWARD J. DAVILA
                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Changing Time                    2                    Case No.: 5:10-cv-05035-EJD