1  Scott A. Kamber (admitted *pro hac vice*)
   skamber@kamberlaw.com
2  David A. Stampley (admitted *pro hac vice*)
   dstampley@kamberlaw.com
3  KamberLaw, LLC
   100 Wall Street, 23rd Floor
4  New York, New York 10005
   Telephone: (212) 920-3072
5  Facsimile:  (212) 920-3081

6  Avi Kreitenberg (SBN 266571)
   akreitenberg@kamberlaw.com
7  KamberLaw, LLP
   1180 South Beverly Drive, Suite 601
8  Los Angeles, California 90035
   Telephone: (310) 400-1050
9  Facsimile:  (310) 277-0635

10 Attorneys for Plaintiff

**DENIED**
Judge Edward J. Davila
10/11/2011

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JASON WEBER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 5:10-cv-05035-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S STIPULATED REQUEST FOR ORDER CHANGING TIME** |

The Court DENIES the request to continue the briefing schedule on the Motion to Dismiss. The briefing schedule remains as previously set (See Docket Item No. 40). The Motion to Dismiss remains on calendar for December 2, 2011 at 9:00 AM as previously set.

The Case Management Conference remains on calendar for December 2, 2011 at 10:00 AM. A joint case management conference statement is due on November 22, 2011.

Dated: October 11, 2011

_____
United States District Judge

Order Changing Time                    1                    Case No.: 5:10-cv-05035-EJD