RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant
Google Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JASON WEBER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No. 10-cv-05035-EJD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO WITHDRAWAL OF GOOGLE'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6) AND REQUEST FOR STATUS CONFERENCE** |

Having considered the Stipulation to Withdrawal of Google's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rules 12(b)(1) and (12)(b)(6) and Request for Status Conference, and for good cause shown,

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the withdrawal of Google's Motion to Dismiss shall be without prejudice to re-filing a Rule 12(b) motion at a later time.  The Case Management Conference currently scheduled for **December 2, 2011, at 10:00 a.m.** is converted to a Status Conference and as such remains on calendar.  On or before **November 23, 2011**, the parties shall file a Joint Status Conference Statement which updates the court on the current status of the case and provides a proposed briefing and hearing schedule for any renewed Rule 12 motion.  The Clerk shall terminate Docket Item No. 33.
**IT IS SO ORDERED.**

Dated: October 27, 2011

_____
HON. EDWARD J. DAVILA
U.S. District Judge

- 2 -   [PROPOSED] ORDER  10-CV-05035-EJD