1  Scott A. Kamber (admitted *pro hac vice*)
   skamber@kamberlaw.com
2  David A. Stampley (admitted *pro hac vice*)
   dstampley@kamberlaw.com
3  KamberLaw, LLC
   100 Wall Street, 23rd Floor
4  New York, New York 10005
   Telephone: (212) 920-3072
5  Facsimile:  (212) 920-3081

6  Avi Kreitenberg (SBN 266571)
   akreitenberg@kamberlaw.com
7  KamberLaw, LLP
   1180 South Beverly Drive, Suite 601
8  Los Angeles, California 90035
   Telephone: (310) 400-1050
9  Facsimile:  (310) 277-0635

**IT IS SO ORDERED**

Judge Edward J. Davila

11/29/2011

10  Attorneys for Plaintiff

11                **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN JOSE DIVISION**

14

15  JASON WEBER, individually and on behalf     Case No.: 5:10-cv-05035-EJD
    of a class of similarly situated individuals,
16                                              **NOTICE OF DISMISSAL**
                    Plaintiff,
17                                              Complaint filed: November 5, 2010
    v.
18
    GOOGLE INC., a Delaware Corporation,
19
                    Defendant.
20

21

22

23

24

25

26

27

28

Notice of Dismissal                    1          Case No.: 5:10-cv-05035-EJD

1

2   **NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a) of the Federal Rules of Civil

3   Procedure, Plaintiff Jason Weber hereby dismisses with prejudice his complaint against

4   Defendant Google Inc., Case Number 10-cv-05035-EJD.

        The Clerk shall close this file.
5

6   Dated: November 23, 2011                          KAMBERLAW, LLC

7                                        By:    /s  Scott A. Kamber

8                                               Scott A. Kamber
                                                Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Dismissal                           2                  Case No.: 5:10-cv-05035-EJD